Veronica Pereyra
                    Plaintiff,

v.                                                     Case No.: 1:22−cv−06622
                                                      Honorable John F. Kness

Lyons Magnus, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 3/16/2023. The parties report that they reached a settlement in this and the related cases and in 30 days expect to seek approval of the global settlement from the federal judge presiding over the related case in the Southern District of New York. Upon doing so, the parties will also file documents in this case regarding the case status. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.